IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD JAMES COTTERMAN,

    Plaintiff,

v.                          Case No. 4:14cv642-MW/CAS

SHERIFF CHARLIE CREEL, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 81. Upon consideration, no objection having been filed by Plaintiff,

  **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss, ECF No. 39, filed by Wakulla County Jail Defendants is **DENIED**. Defendants are **required to submit a response** to Plaintiff's Fifth Amended Complaint, ECF No. 38. This case is **remanded** to the Magistrate Judge for further proceedings.

  **SO ORDERED on November 10, 2015.**

                                            s/Mark E. Walker           
                                            **United States District Judge**