IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

      **Plaintiff,**

v.                                       Case No. 4:14cv642-MW/CAS

**SHERIFF CHARLIE CREEL,**
**et al.,**

      **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING SECOND AMENDED REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Amended Report and Recommendation, ECF No. 88, and has considered *de novo* Plaintiff's objections to the report. ECF No. 90. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 60, filed by Defendant Brian Miller is **GRANTED in part and DENIED in part**. The motion is denied as to the First Amendment freedom of speech claim, but otherwise granted, and the official capacity claim against Defendant Miller shall be limited to injunctive relief only. Further,

1

Defendant Miller shall **submit a response** to Plaintiff's fifth amended complaint, ECF No. 38."  This cause is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on November 19, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
