IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD JAMES COTTERMAN,

    Plaintiff,

vs.                                        Case No. 4:14cv642-MW/CAS

SHERIFF CHARLIE CREEL, et al.,

    Defendants.

_____/

## O R D E R

The Second Amended Report and Recommendation, ECF No. 88, entered on October 19, 2015, concerning the motion to dismiss, ECF No. 60, filed by Defendant Brian Miller has been adopted.  ECF No. 95.  The motion to dismiss was denied in part and Defendant Miller was ordered to file a response to Plaintiff's fifth amended complaint, ECF No. 38.  This Order sets a deadline for him to do so.  Defendant Miller shall file an answer on or before **December 4, 2015**.

Accordingly, it is **ORDERED:**

1.  Defendant Brian Miller shall have until **December 4, 2015**, in which to file an answer to the fifth amended complaint.

2.  Plaintiff shall immediately file a notice to the Clerk's Office in the event that his address changes or he is transferred or released from custody.

3. The Clerk of Court shall return this file upon the filing of an answer, or no later than December 3, 2015.

**DONE AND ORDERED** on November 20, 2015.

        **S/    Charles A. Stampelos**
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**