IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

    **Plaintiff,**

v.     Case No. 4:14cv642-MW/CAS

**SHERIFF CHARLIE CREEL,**
**et al.,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Third Report and Recommendation. ECF No. 94. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The emergency motion for restraining order, ECF No. 92, is **DENIED**, and this cause **REMANDED** to the Magistrate Judge for further proceedings."

**SO ORDERED** on December 2, 2015.

                                                    **s/Mark E. Walker                    **
                                                    **United States District Judge**