IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

    **Plaintiff,**

v.                                          **Case No. 4:14cv642-MW/CAS**

**SHERIFF CHARLIE CREEL, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 141. Upon consideration, no objection having been filed by Plaintiff,

  **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant Brian Miller's motion for summary judgment, ECF No. 124, is **GRANTED**. Further, the summary judgment motion filed by Defendants Jeff Carroll, Charlie Creel, Jackie Martin, Jared Miller, and Trey Morrison, ECF No. 126, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims

1

against all Defendants are dismissed with prejudice." The Clerk shall close the file.

    **SO ORDERED on March 14, 2017.**

                                          **s/Mark E. Walker              ____**
                                          **United States District Judge**


against all Defendants are dismissed with prejudice."  The Clerk shall close the file.

**SO ORDERED on March 14, 2017.**

**s/Mark E. Walker              ____**
**United States District Judge**